ROCK ISLAND BUTTER COMPANY, Respondent, *v.* JAMES ROWLAND, Appellant.

·Reported below, 168 App. Div. 913.)
(Argued September 27, 1915; decided October 5, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon an undertaking.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous and that the exceptions were frivolous.

*Frederic C. Pitcher* for motion.

*Henry W. Baird* opposed.

Motion denied, with ten dollars costs.